# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOSEPH RAETANO,**

    **Plaintiff,**

vs.                                                                                **Case No: 8:08-cv-2088-T-33MAP**

**HIRUKU CORP.,**

    **Defendant.**

_____/

## ORDER

Before the Court is the parties' Notice of Settlement (the "Notice," Doc. 24). The Notice reads that the parties have reached a settlement in this case.

Accordingly, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED**:

That this case is **DISMISSED**, without prejudice and subject to the right of the parties, within SIXTY (60) days of the date of this Order, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen this action, *upon good cause being shown*.

After the expiration of the SIXTY (60) days, however, without further Order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and pending motions and administratively close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 16th day of October 2009.

                                                                             VIRGINIA M. HERNANDEZ COVINGTON
                                                                              UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record